# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

RAJPAL SINGH,                                )
                                            )
    Petitioner,                      )
                                            )
vs.                                          )          Case No. CIV-26-606-R
                                            )
SCARLET GRANT, et al.,                       )
                                            )
    Respondents.                     )

## ORDER

Petitioner, proceeding with counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 asserting that his his bond determination hearing was constitutionally and procedurally defective. Petitioner subsequently filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 in Case No. CIV-26-863-R which asserts the same claims.

Since the instant Petition challenges the same detention and requests the same relief as the Petition in CIV-26-863, the instant Petition is subject to dismissal for being duplicative. *See Mitchell v. Gunja*, 76 F. App'x 865, 867 (10th Cir. 2003) (dismissing § 2241 claim for duplicating already-pending § 2241 claim).

Accordingly, the Petition in this action is dismissed and Petitioner may proceed with his claim in CIV-26-863-R.

IT IS SO ORDERED this 2nd day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

2